## IN THE MATTER OF BAPTISTE DODELIN

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . . . . .
2. Order for habeas corpus . . . . . . . . . . . .
3. Writ of habeas corpus . . . . . . . . . . . . .

## IN THE MATTER OF BAPTISTE DODELIN

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . .      "
3. Return . . . . . . . . . . . . . .      "
4. Decision . . . . . . . . . . . . .      "

## IN THE MATTER OF THOMAS McCLURE

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus; order. . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . .      "